No. 817. J. F. SHULTZ, PLAINTIFF IN ERROR, *v.* FRED W. RITTERBUSCH, COUNTY TREASURER, ETC., ET AL. In error to the Supreme Court of the State of Oklahoma. Motion to dismiss or affirm or place on summary docket,

submitted February 24, 1914. Decided March 9, 1914. *Per Curiam.* Dismissed for want of jurisdiction. (1) *Consolidated Turnpike Company* v. *Norfolk & Ocean View Railroad Co.,* 228 U. S. 596, 600, and cases cited. (2) *Louisville & N. R. R. Co.* v. *Barber Asphalt Paving Company,* 197 U. S. 430, 434, and cases cited. *Mr. Milton Brown* for the plaintiff in error. *Mr. D. C. Westenhaver* for the defendants in error.